IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-01698-PAB
Criminal Case No. 09-cr-00056-PAB-10

UNITED STATES OF AMERICA,

      Plaintiff,

v.

10.    CARLOS RAMOS-CARRILLO,

      Defendant.

## ORDER

After preliminary consideration of the defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Docket No. 1054], it is now

**ORDERED** that the United States Attorney on or before July 23, 2014, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED June 24, 2014.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge