**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00056-PAB-10
Civil Action No. 14-cv-01698-PAB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

10.  CARLOS RAMOS-CARRILLO,

    Defendant-Movant.

---

**FINAL JUDGMENT**

---

In accordance with the Order Denying 28 U.S.C. §2255 Motion [Docket No. 1095] entered by United States District Judge Philip A. Brimmer on January 23, 2015, the following Judgment is hereby entered. It is

**ORDERED** that movant Carlos Ramos-Carrillo's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Docket No. 1054], is **DENIED**. It is further

**ORDERED** that pursuant to 28 U.S.C. § 2253(c) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is **DENIED.** It is further

**ORDERED** that Civil Action No. 14-cv-01698-PAB is terminated.

Dated at Denver, Colorado this 28th day of January, 2015.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

By:  s/  Kathy Preuitt-Parks

    Kathy Preuitt-Parks
    Deputy Clerk